

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GROVER SELLERS
XXXXXXXXXXXX
ATTORNEY GENERAL

Hon. Joe Beaty
County Auditor
Stephens County
Breckenridge, Texas

Dear Sir:

Opinion No. 0-6240
Re: Is office of county commissioner
vacated because such commission-
er also accepts private employ-
ment?

Your original opinion request and also your letter
supplying additional information have been received in this
office. The question submitted by you is, in substance, as
follows:

Can county commissioner hold office and
receive compensation from county while also be-
ing privately employed for services without the
scope of his official duty on job requiring ap-
proximately eight hours of his time per day, and
drawing a regular salary for such private em-
ployment? "In other words, can he legally hold
two jobs at the same time?"

We believe the sole question raised by your communica-
tion is whether such county commissioner vacated his office by
reason of his employment in private business. There is not
presented thereby the question of simultaneous tenure of more
than one "civil office of emolument" for the primary reason
that there is only one "public office" involved. For the same
reason, the question of "incompatibility of offices" is not
presented. The other employment of such commissioner is of a
private nature only and does not constitute holding "office".
See "Public Officers", 34 Texas Jurisprudence.

Under well settled principles of law, we must presume,
in the absence of facts to the contrary, that the county com-
missioner in question is discharging the duties of the office
of county commissioner in a lawful manner.

Therefore, from the facts submitted, we believe that
the private employment of a county commissioner would not of
itself constitute abandonment of his office so as to create a

vacancy thereof. Our specific answer to your question, restricted to the facts stated and assumed, is in the affirmative.

Trusting the foregoing fully answers your question we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Robert L. Lattimore, Jr.
Robert L. Lattimore, Jr.
Assistant

RLL:rt:wc

APPROVED NOV 8, 1944
s/Grover Sellers
ATTORNEY GENERAL OF TEXAS

Approve Opinion Committee By s/BWB Chairman